**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                              Criminal No. 03-cr-202-02-JD

Laurie Bohan

**O R D E R**

On September 12, 2011, the defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148. Defendant conceded that the government had evidence sufficient to establish its burden under either prong of 18 U.S.C. § 3148(b)(1), but contested bail revocation under § 3148(b)(2). United States Probation Officer Kristin Cook, Probation Officer Karin Hess, and Ashley Bohan (defendant's daughter), testified at the hearing. Following the hearing, the court issued its ruling orally from the bench and explained in detail the basis for the court's decision to revoke defendant's bail. For all of the reasons stated on the record, and based on the evidence presented at the hearing, the court found that defendant is unlikely to abide by any condition or combination of conditions of release, 18 U.S.C. § 3148(a)(2)(B), and that revocation of bail is warranted. The conditions of release are therefore revoked.

1

Accordingly, it is **ORDERED** that the defendant be detained. The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: September 13, 2011

cc: Benjamin L. Falkner, Esq.
    Terry L. Ollila, Esq.
    U.S. Probation
    U.S. Marshal